ERIE RAILROAD COMPANY, Respondent, *v.* CITY OF ROCHES-
TER, Appellant.

Argued January 8, 1940; decided January 23, 1940.

*William H. Emerson*, Corporation Counsel (*Clarence M. Platt* of counsel), for appellant.

*George D. Newton* for respondent.

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.